**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JUSTIN L. WRIGHT** | **CIVIL ACTION NO. 20-0982** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **OUACHITA PARISH CORRECTIONAL** | **MAG. JUDGE KAREN L. HAYES** |
| **CENTER, ET AL.** | |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Justin L. Wright's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 9th day of November, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE